United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN MARRUJO, et al.,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 24-cv-08524-EKL

**ORDER TO SHOW CAUSE REGARDING SANCTIONS**

Re: Dkt. No. 28

This case is scheduled for a jury trial to begin on November 2, 2026, and a pretrial conference is scheduled for October 7, 2026. These dates were selected by the parties, and they have already been extended once. ECF No. 23.

Nearly three months ago, the Court issued a pretrial order that set various deadlines, including a September 16, 2026, deadline to file the joint pretrial statement. The parties were also required to file a joint witness list and a joint exhibit list by the same deadline. The deadline has passed, but none of these important materials have been filed. This is not the first deadline that the parties have missed. *See* ECF Nos. 20, 27. In general, it appears that the parties have failed to diligently litigate this case, as it has been pending in federal court for nearly two years.

Accordingly, because the parties violated the pretrial order, Plaintiffs and Defendant are each ORDERED to show cause in writing by **September 25, 2026**, why monetary sanctions should not issue.

**IT IS SO ORDERED.**

Dated: September 17, 2026

Eumi K. Lee
United States District Judge